AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br><br>3605 Table Mesa Drive M256, Boulder, Colorado 80305, more fully described in Attachment A, attached hereto, | )<br>)<br>)  Case No.  19-sw-5777-SKC<br>)<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___State and___ District of ___Colorado___ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___08/15/19___ *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Magistrate Judge S. Kato Crews___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __08/01/2019, 3:07 pm__    _____S. /s/_____
*Judge's signature*

City and state:   ___Denver, CO___    ___Magistrate Judge S. Kato Crews___
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:19-sw-05777-SKC | Date and time warrant executed: 8/1/2019 4:30pm | Copy of warrant and inventory left with: at apartment |
| Inventory made in the presence of: law enforcement | | |
| Inventory of the property taken and name of any person(s) seized: See attached. | | |

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
**8/7/2019**
**JEFFREY P. COLWELL, CLERK**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/7/2019

*Executing officer's signature*

Marisa Budwick, Special Agent, FBI
*Printed name and title*

ATTACHMENT

A search warrant, issued in the United States District Court for the District of Colorado on August 1, 2019, was executed at 3605 Table Mesa Drive, Apartment M256, Boulder, Colorado at approximately 4:30 PM on August 1, 2019.

The following items were seized pursuant to the search warrant:

- iPhone Model A1533, IMEI 358751058882263
- Black 16 GB Lexar Thumb Drive
- Blue 16 GB Lexar Thumb Drive
- Black 32 GB Infinitive Thumb Drive marked "CP"
- Black 32 GB Sandisk Thumb Drive
- 16 GB Blakc Sandisk Thumb Drive
- LG 7+ 317-771-1511, IMEI 357568091544269 and phone charger
- Wesley David Gilreath Official New Voter Registration Notification
- Huawei Mobile Broadband LTE USB Stick and Zip Micro, Model ZM ZWUS, Serial Number ZMB245E6A3688OBBAC
- 9 Verbatim CDRs
- Wesley David Gilreath Social Security Card 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, State of North Carolina ID Card 34478649, Marion County Birth Certificate
- Verizon Kyocera Blue Cell Phone
- Sylvania portable DVD Blu Ray player, Serial Number A190j271520000712, Remote, power cord and manual